# ELECTRONIC RECORD

COA # 06-13-00194-CR   OFFENSE: 49.04

STYLE: Joe Boyce Cox v. The State of Texas   COUNTY: Lamar

COA DISPOSITION: Reversed and Remanded   TRIAL COURT: 6th District Court

DATE: 09/29/14   Publish: YES   TC CASE #: 23689

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Joe Boyce Cox v. The State of Texas   CCA #: 1516-14

_____ State's _____ Petition   CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____

_____ refused _____   JUDGE: _____

DATE: May 20, 2015   SIGNED: _____   PC: _____

JUDGE: PC   PUBLISH: _____   DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**